# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE, II and CLARA BURKE; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; AND JANET C. YOUNG, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs <br><br> v. <br><br> CHESAPEAKE APPALACHIA, L.L.C., <br><br> Defendant. | Case No. 3:13-cv-02289-MEM <br><br> (Judge Mannion) |

## JOINT NOTICE REGARDING MEDIATION

Plaintiffs Demchak Partners Limited Partnership, *et al*. initiated this action on August 30, 2013, alleging underpayment of royalties pursuant to the "Market Enhancement Clause" of their leases with Chesapeake Appalachia, L.L.C. ("Chesapeake"). *See* Dkt. 1. Before the action was initiated, Plaintiffs and Chesapeake had mediated the dispute before the Hon. Edward Cahn, who assisted the parties in reaching a settlement. Plaintiffs and Chesapeake negotiated and entered into a settlement agreement. Plaintiffs filed a motion for preliminary

approval of their class settlement agreement.  *See* Dkt. 3.  That motion has not yet been decided.

On September 12, 2013, Proposed Intervenors Russell E. Burkett, *et al*. filed a motion to intervene in the above-captioned action and objected to the settlement. *See* Dkt. 25.  Proposed Intervenors had previously initiated a putative class arbitration against Chesapeake with the American Arbitration Association.  In their arbitration, the Proposed Intervenors also raised claims alleging underpayment of royalties pursuant to the "Market Enhancement Clause."  Chesapeake has filed a motion to enjoin the putative class arbitration.  Chesapeake has also initiated a separate declaratory judgment action in this Court against Proposed Intervenors, *Chesapeake v. Burkett*, No. 3:13-cv-3073, seeking to address questions related to putative class arbitration.  These motions have not yet been decided by the Court or the arbitration Panel.

The parties have agreed to reconvene mediation in an effort to resolve these pending disputes.[1]  The mediation will include counsel for Plaintiffs, the Proposed Intervenors, and Chesapeake.  Hon. Edward Cahn and Richard Schiffrin, Esq. will jointly mediate the pending disputes.  The Proposed Intervenors and Chesapeake have requested that the American Arbitration Association stay further proceedings

---

[1] On March 17, 2014, Scout Petroleum LLC and Scout Petroleum II LP initiated a separate, unrelated "class" arbitration against Chesapeake.  Scout Petroleum expressly disclaims issues related to the "Market Enhancement Clause."  The proposed mediation does not include issues related to the claims asserted by Scout Petroleum.

in Proposed Intervenors' arbitration to allow for an opportunity to mediate. Similarly, Plaintiffs, and Proposed Intervenors and Chesapeake request that the Court stay further proceedings in this matter and in *Chesapeake v. Burkett*, No. 3:13-cv-3073, to allow for an opportunity to mediate.

DATED: April 1, 2014

*/s/ Daniel T. Brier*
Daniel T. Brier
Myers, Brier & Kelly LLP
425 Spruce St. Suite 200
Scranton, PA 18501
Tel: (570) 342-6100
Fax: (570) 342-6147

Daniel T. Donovan (*pro hac vice*)
Ragan Naresh (*pro hac vice*)
Kirkland & Ellis LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200

*Attorneys for Chesapeake Appalachia, L.L.C.*

*/s/ Michelle R. O'Brien (with permission)*
Michelle R. O'Brien
The O'Brien Law Group LLC
3738 Birney Avenue
Moosic, PA 18507
Tel: (570) 575-2094
Fax: (570) 309-0147

Larry D. Moffett
Daniel Coker Horton & Bell, P.A.
265 North Lamar Blvd., Suite R
P.O. Box 1396
Oxford, MS 38655
Tel: (662) 232-8979
Fax: (662) 232-8940

John W. ("Don") Barrett
Sarah Sterling Starns
Barrett Law Group
Post Office Drawer 927
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628

Charles E. Schaffer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663

*Attorneys for Plaintiffs*

*/s/ Douglas A. Clark (with permission)*
Douglas A. Clark
The Clark Law Firm, PC
1563 Main Street
Peckville, PA 18452
Tel: (570) 307-0702

Gerard M. Karam
Mazzoni, Karam, Petorak & Valvano
Suite 201, Bank Towers
321 Spruce Street
Scranton, PA 18503
Tel: (570) 348-0776

Francis P. Karam
Francis P. Karam, Esq. P.C.
12 Desbrosses Street
New York, NY 10013
(212) 489-3900

*Attorneys for Proposed Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

       */s/ Daniel T. Brier*
       Counsel