**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP, <u>et al.</u>,** | : | **CIVIL ACTION NO. 3:13-2289** |
| | : | |
| **Plaintiffs** | : | **(JUDGE MANNION)** |
| | : | |
| **v.** | : | |
| | : | |
| **CHESAPEAKE APPALACHIA, LLC.,** | : | |
| | : | |
| **Defendant** | : | |

# <u>O R D E R</u>

Pending before the court is the plaintiffs' unopposed motion for an in-person status conference. (Doc. <u>70</u>). At this time, the court deems a status conference unnecessary. Should the need arise, the court will revisit the issue.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

the plaintiffs' unopposed motion for an in-person status conference, (Doc. 70), is **DENIED**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 19, 2014**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-2289-04.wpd