# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP, et al.,** | CIVIL ACTION NO. 3:13-2289 |
| Plaintiffs | (JUDGE MANNION) |
| v. | |
| **CHESAPEAKE APPALACHIA, LLC.,** | |
| Defendant | |

## O R D E R

Pending before the court is Chesapeake's motion for an injunction in the above-captioned matter in which it seeks to have the court enjoin class proceedings in Burkett v. Chesapeake Energy Corp., AAA No. 14 115 00436 13. (Doc. 43). The relief requested in the pending motion is duplicative of the relief sought in a separate civil action filed by Chesapeake against the Burketts which is under consideration by the court. See Chesapeake Appalachia, LLC, v. Burkett, Civil Action No. 3:13-3073.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

Chesapeake's motion for injunction, **(Doc. 43)**, is **DISMISSED**.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: August 12, 2014

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2013 ORDERS\13-2289-05.wpd