# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP, et al.,** : | **CIVIL ACTION NO. 3:13-2289** |
| Plaintiffs : | **(JUDGE MANNION)** |
| v. : | |
| **CHESAPEAKE APPALACHIA, LLC.,** : | |
| Defendant : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the Landowners' motion to intervene, **(Doc. 25)**, is **DENIED** in all respects;

**(2)** Paul F. Sidorek's motion to intervene, **(Doc. 36)**, is **DENIED**; and

**(3)** the Landowners' motion to consolidate Chesapeake v. Burkett, Civil Action No. 3:13-3073 into the instant action, **(Doc. 63)**, is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2289-01-ORDER.wpd