**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; and JANET C. YOUNG, on Behalf of Themselves and All Others Similarly Situated,** : | |
| : | **CIVIL ACTION NO. 3:13-2289** |
| : | |
| : | **JUDGE MANNION** |
| : | |
| Plaintiffs : | |
| and : | |
| **RUSSELL E. BURKETT and GAYLE BURKETT,** : | |
| : | |
| Plaintiff-Intervenors : | |
| v. : | |
| **CHESAPEAKE APPALACHIA, LLC,** : | |
| Defendant : | |

# **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the emergency motion to intervene filed on behalf of Edward M. Ostroski and Kathleen M. Ostroski, **(Doc. 103)**,

is **DENIED**; and

**(2)**   the motion for hearing on the motion to intervene, **(Doc. 143)**, is **DISMISSED AS MOOT**.

                                                     s/ *Malachy E. Mannion*
                                         **MALACHY E. MANNION**
                                         **United States District Judge**

**Date:  April 1, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2289-02-ORDER.wpd