**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE II and CLARA BURKE; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; and JANET C. YOUNG, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> and<br><br>CHESAPEAKE APPALACHIA, L.L.C.,<br><br>      Defendant. | Case No. 3:13-cv-2289 |

## NOTICE OF AND SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Plaintiffs serve notice upon the Court of the death of Plaintiff Linda Schlick. Undersigned counsel intend to file a motion to substitute Amanda Schlick, Linda Schlick's daughter and only heir, as a plaintiff as soon as practicable.

Dated:  January 30, 2019 Respectfully submitted,

  */s/ Michelle R. O'Brien*
Michelle R. O'Brien
THE O'BRIEN LAW GROUP LLC
72 Glenmaura National Blvd., Ste. 100
Moosic, PA 18507
Telephone: (570) 575-2094
Facsimile: (570) 309-0147
mobrien@theobrienlawgroup.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Avenue, Suite 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Larry D. Moffett
DANIEL COKER HORTON & BELL, P.A.
265 North Lamar Boulevard, Suite R
P.O. Box 1396
Oxford, MS  38655
Telephone:  (662) 232-8979
Facsimile:   (662) 232-8940
lmoffett@danielcoker.com

John W. ("Don") Barrett
Sarah Sterling Starns
BARRETT LAW GROUP
Post Office Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com
sstarns@barrettlawgroup.com

David S. Stellings
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592
dstellings@lchb.com

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  (215) 592-1500
Facsimile: (215) 592-4663
CSchaffer@lfsblaw.com

*Attorneys for Plaintiffs and All Others Similarly Situated*

## **CERTIFICATE OF SERVICE**

I hereby certify that January 30, 2019, a copy of the foregoing was filed electronically, which will send notice of this filing to all parties who have appeared in this action via the Court's electronic filing system.

                                        /s/ Daniel E. Seltz
                                        Daniel E. Seltz