## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DEMCHAK PARTNERS LIMITED
PARTNERSHIP; JAMES P. BURGER, JR. and
BARBARA H. BURGER; WILLIAM A.
BURKE, II and CLARA BURKE; WILLIAM
A. BURKE, III; EDWARD J. BURKE;
DONALD G. FULLER and KAREN M.
FULLER; RANDY K. HEMERLY; LAMAR R.
KING; LINDA J. SCHLICK; AND JANET C.
YOUNG, on Behalf of Themselves and All
Others Similarly Situated,

               Plaintiffs,

   and

RUSSELL E. BURKETT and GAYLE
BURKETT,

               Plaintiffs-Intervenors,

   v.

CHESAPEAKE APPALACHIA, L.L.C.,

               Defendant.

Case No. 3:13-cv-2289

## JOINT STATUS REPORT

Pursuant to the Court's July 11, 2016 Order and the March 22, 2017 Order
(collectively, the "Orders"), *see* ECF Nos. 161 & 173, Class Counsel and counsel
for Defendant Chesapeake Appalachia, L.L.C. ("Chesapeake") hereby provide this
joint status report:

- 1 -

1. The parties incorporate the report they provided to the Court during the December 20, 2017, status conference. *See* ECF Nos. 185, 186.

2. The parties are actively addressing specific issues related to a potential resolution of the claims in this litigation, and will keep the Court apprised of any material developments.

3. Counsel for all parties in the matter captioned *Commonwealth of Pennsylvania v. Chesapeake Energy Corp.*, No. 2015IR0069 (Pa. Ct. Com. Pl., Bradford Cty.), including the Commonwealth, attended settlement conferences with Senior Judge Brown on February 21, 2018, May 10, 2018, August 10, 2018, and September 18, 2018.

4. On November 14, 2018 in an en banc sitting, the Commonwealth Court heard oral argument in the appeal captioned *Chesapeake Energy Corp. v. Commonwealth of Pennsylvania*, No. 60 C.D. 2018 from the December 14, 2017 decision of the Court of Common Pleas of Bradford County denying the Chesapeake Defendants' Preliminary Objections to the Second Amended Complaint.

5. On March 15, 2019, the Commonwealth Court affirmed in part and reversed in part the December 14, 2017 decision of the Court of Common Pleas of Bradford County denying the Chesapeake Defendants' Preliminary Objections to the Second Amended Complaint.  On October 30, 2019, the Pennsylvania Supreme

Court granted the Chesapeake Defendants' Petition for Allowance of Appeal.  The

issues to be addressed by the Pennsylvania Supreme Court are:

> Are claims by the Commonwealth, brought on behalf of private
> landowners against natural gas extractors alleging that the extractors
> used deceptive, misleading, and unfair tactics in securing natural gas
> leases from landowners, cognizable under the Unfair Trade Practices
> and Consumer Protection Law?

> May the Commonwealth pursue antitrust remedies under the Unfair
> Trade Practices and Consumer Protection Law?

On January 9, 2020, Chesapeake filed its opening brief with the Pennsylvania

Supreme Court.

Dated:  January 31, 2020

Respectfully submitted,

By:  */s/ Michelle R. O'Brien* (with permission)

Charles E. Schaffer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
CSchaffer@lfsblaw.com

Michelle R. O'Brien
THE O'BRIEN LAW GROUP LLC
4099 Birney Avenue
Moosic, PA 18507
Telephone: (570) 575-2094
Facsimile: (570) 309-0147
mobrien@theobrienlawgroup.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Ave., Ste. 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

David S. Stellings (*Pro Hac Vice*)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
dstellings@lchb.com

Larry D. Moffett (*Pro Hac Vice*)
LAW OFFICE OF LARRY D. MOFFETT,
PLLC
2086 Old Taylor Road, Suite 1012
P.O. Box 1418
Oxford, MS 38655
Telephone: (662) 298-4435
larry@larrymoffett.com

John W. ("Don") Barrett (*Pro Hac Vice*)
Barrett Law Group
Post Office Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com

*Attorneys for Demchak Plaintiffs and the Settlement Class*

/s/ Daniel T. Donovan

Daniel T. Brier                      Daniel T. Donovan (*Pro Hac Vice*)
MYERS, BRIER & KELLY LLP             Ragan Naresh (*Pro Hac Vice*)
425 Spruce St. Suite 200             KIRKLAND & ELLIS LLP
Scranton, PA 18501                   655 Fifteenth Street, NW
Telephone: (570) 342-6100            Washington, DC 20005
Facsimile: (570) 342-6147            Telephone: (202) 879-5000
                                     Facsimile: (202) 879-5200

*Attorneys for Defendant Chesapeake Appalachia, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Daniel T. Donovan*
Daniel T. Donovan

*Counsel for Defendant*