**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE, II and CLARA BURKE; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; AND JANET C. YOUNG, on Behalf of Themselves and All Others Similarly Situated,** <br><br>　　　　　　　　　Plaintiffs, <br><br>　and <br><br> **RUSSELL E. BURKETT and GAYLE BURKETT,** <br><br>　　　　　　　Plaintiffs-Intervenors, <br><br>　v. <br><br> **CHESAPEAKE APPALACHIA, L.L.C.,** <br><br>　　　　　　　　　Defendant. | **Civ. No. 3:13-2289** <br> **(Judge Mannion)** |

**O R D E R**

Presently before the court is a Notice of Suggestion of Bankruptcy filed by the defendants. Accordingly, this case shall be **STAYED** and **ADMINISTRATIVELY CLOSED.**

Defense counsel shall file a status report every One Hundred Eighty (180) days regarding the status of the bankruptcy proceedings. Should circumstances change prior to this time, the defendants shall inform the court immediately.

　　　　　　　　　　　　　　　　　　*s/ Malachy E. Mannion*
　　　　　　　　　　　　　　　　　　MALACHY E. MANNION
　　　　　　　　　　　　　　　　　　United States District Judge

**DATED: August 12, 2020**
13-2289-19