# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE, II and CLARA BURKE; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; AND JANET C. YOUNG, on Behalf of Themselves and All Others Similarly Situated, | Case No. 3:13-cv-2289 |

Plaintiffs,

and

RUSSELL E. BURKETT and GAYLE BURKETT,

Plaintiffs-Intervenors,

v.

CHESAPEAKE APPALACHIA, L.L.C.,

Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate as follows:

WHEREAS, Plaintiffs initiated this case in this Court on August 30, 2013;

WHEREAS, on June 28, 2020, Defendant filed for bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas;

WHEREAS, on January 16, 2021, the Bankruptcy Court entered the Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates (Case No. 20-33233, ECF No. 2915) (the "Confirmation Order"), confirming, as modified therein, the plan of reorganized attached thereto as Exhibit A (the "Plan"), and on February 9, 2021, the effective date of the Plan occurred ("Effective Date");

WHEREAS, on July 27, 2023, Chesapeake filed with the Bankruptcy Court the Motion for Entry of an Order (I) Enforcing the Confirmation Order and Plan Against the Reorganized Debtors; and (II) Declaring the MEC Settlement and Non-MEC Settlement Null and Void (Case No. 20-33239, ECF No. 322), which motion the Bankruptcy Court granted on August 31, 2023 (Case No. 20-33239, ECF No. 347) ("Order");

WHEREAS, paragraph 1 of the Order directs that any claims that arose "prior to the Effective Date of the confirmed plan" shall be dismissed within 14 days;

NOW, THEREFORE, through counsel, the parties hereby stipulate and agree, subject to the approval of the Court, as follows:

1.      Any claims that arose prior to the Effective Date (February 9, 2021) are hereby dismissed with prejudice.

2.      Nothing in this Stipulation shall be construed to prejudice or impair Plaintiffs' rights to appeal paragraph 2 of the Order, holding that the MEC settlement is null and void, and if the appeal is successful, to move to enforce the MEC settlement in this Court and/or take necessary steps to bring such a motion.

3.      Nothing in this Stipulation shall be construed to prejudice or impair Defendant's right to (1) argue that this case must be dismissed in its entirety because it does not assert any claims that arose after the Effective Date; and/or (2) oppose any efforts by Plaintiffs to move to enforce the MEC settlement in this Court.

4.      Each party shall bear their own costs and attorneys' fees.

Dated:  September 14, 2023                Respectfully submitted,


By:     /s/ *Daniel E. Seltz*
        Daniel E. Seltz (*Pro Hac Vice*)
        LIEFF, CABRASER, HEIMANN &
        BERNSTEIN, LLP
        250 Hudson Street, 8th Floor
        New York, NY  10013-1413
        Telephone:  (212) 355-9500
        Facsimile:  (212) 355-9592
        dseltz@lchb.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone:  (215) 592-1500
Facsimile: (215) 592-4663
CSchaffer@lfsblaw.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
8120 Woodmont Ave., Ste. 810
Bethesda, MD 20814
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
charles@cuneolaw.com

Michelle R. O'Brien
THE O'BRIEN LAW GROUP LLC
72 Glenmaura National Blvd., Suite 100
Moosic, PA 18507
Telephone: (570) 209-7901
Facsimile: (570) 309-0147
mobrien@theobrienlawgroup.com

John W. ("Don") Barrett (*Pro Hac Vice*)
Barrett Law Group
Post Office Drawer 927
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com

Larry D. Moffett (*Pro Hac Vice*)
P.O. Box 1418
39 County Road 231
Oxford, MS 38655
Telephone:  (662) 298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs*

Daniel T. Brier
MYERS, BRIER & KELLY LLP
425 Spruce St. Suite 200
Scranton, PA 18501
Telephone: (570) 342-6100
Facsimile: (570) 342-6147

*/s/ Daniel T. Donovan*
Daniel T. Donovan (*Pro Hac Vice*)
Ragan Naresh (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Defendant Chesapeake Appalachia, L.L.C.*

## CERTIFICATE OF SERVICE

I certify that I have served a true and correct copy of the foregoing on counsel of record via electronic case filing.

Executed on this the 14th day of September, 2023.

/s/ *Daniel E. Seltz*
Daniel E. Seltz

2851805.1