IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP,** *et al.*, | : : : |
| Plaintiffs, | : CIVIL ACTION NO. 3:13-2289 : |
| v. | : (JUDGE MEHALCHICK) : |
| **CHESAPEAKE APPALACHIA, L.L.C.,** | : ELECTRONICALLY FILED : : |
| Defendant. | : : |

## JOINT STATUS REPORT

Pursuant to the Court's January 7, 2025 Order (ECF 256), Plaintiffs Demchak Partners Limited Partnership, James P. Burger, Jr., Barbara H. Burger, William A. Burke, II, Clara Burke, William A. Burke, III, Edward J. Burke, Donald G. Fuller, Karen M. Fuller, Randy K. Hemerly, Lamar R. King, Linda Schlick, and Janet C. Young (collectively "Plaintiffs") and Defendant Chesapeake Appalachia, L.L.C. ("Chesapeake") submit this joint status report.

On July 27, 2023, Chesapeake filed a Motion (the "Motion") with the Bankruptcy Court seeking entry of an order (a) enforcing the Confirmation Order and Plan, and requiring the plaintiffs in the Pennsylvania Royalty Cases (including this matter) to dismiss their pre-Effective Date claims against the Reorganized Debtors; and (b) declaring that the MEC Settlement is null and void. Chesapeake

Mot., *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Jul. 27, 2023) (Bankruptcy Court Docket No. 322). On August 31, 2023, the Bankruptcy Court entered an Order (I) Enforcing the Confirmation Order and Plan; and (II) Declaring the MEC Settlement and the Non-MEC Settlement Null and Void. *See* Order, *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Jul. 27, 2023) (Docket No. 347) (herein referred to as the "Bankruptcy Court Order"). Plaintiffs and Chesapeake thereafter filed a Stipulation of Dismissal of pre-effective claims in this Court on September 14, 2023. (ECF 243.)

The MEC Class Plaintiffs filed a Notice of Appeal regarding the Bankruptcy Court Order to the United States District Court for the Southern District of Texas on September 14, 2023. MEC Class Plaintiffs' opening brief was filed on February 8, 2024, Chesapeake's opposition brief was filed on March 11, 2024, and a Reply Brief by MEC Class Plaintiffs followed on March 25, 2024. Briefing in the matter is now closed and oral argument is scheduled for April 29, 2025.

Plaintiffs and Chesapeake respectfully request that the Court maintain the stay in this matter until the appeal before the United States District Court for the Southern District of Texas is resolved.

Dated: April 7, 2025	Respectfully submitted,

                                                By:	/s/ Daniel E. Seltz
                                                      Daniel E. Seltz (*Pro Hac Vice*)
                                                        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                                        250 Hudson Street, 8th Floor
                                                        New York, NY 10013-1413
                                                        Telephone: (213) 355-9500
                                                        dseltz@lchb.com

| | |
|---|---|
| Charles E. Schaffer<br>LEVIN SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>CSchaffer@lfsblaw.com | Michelle R. O'Brien<br>THE O'BRIEN LAW GROUP LLC<br>2800 Stafford Avenue, Box 3034<br>Scranton, PA  18505<br>Telephone: (570) 209-7901<br>MObrien@OBrienLawPA.com |
| Charles J. LaDuca<br>CUNEO GILBERT & LADUCA, LLP<br>4725 Wisconsin Ave., Ste. 200<br>Washington, DC  20016<br>Telephone: (202) 789-3960<br>charles@cuneolaw.com | John W. ("Don") Barrett (*Pro Hac Vice*)<br>BARRET LAW GROUP, PA<br>404 Court Square North<br>Lexington, MS 39095<br>Telephone: (662) 834-9168<br>dbarrett@barrettlawgroup.com |
| | Larry D. Moffett (*Pro Hac Vice*)<br>P.O. Box 1418<br>39 County Road 231<br>Oxford, MS 38655<br>Telephone: (662) 298-4435<br>larry@larrymoffett.com |

                                      *Attorneys for Plaintiffs*

By: /s/ John B. Dempsey
Daniel T. Brier
John B. Dempsey
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503
Telephone: (570) 342-6100

Daniel T. Donovan (*Pro Hac Vice*)
Ragan Naresh (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 379-5000

*Attorneys for Defendant Chesapeake Appalachia, L.L.C.*

4