# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP, et al., <br><br> Plaintiffs <br><br> v. <br><br> CHESAPEAKE APPALACHIA, LLC, et al. <br><br> Defendants | CIVIL ACTION NO. 3:13-CV-2289 <br><br> (MEHALCHICK, J.) |

## **ORDER**

**AND NOW**, this 8th day of April, 2025, **IT IS HEREBY ORDERED** that this matter will remain **STAYED**. The parties are directed to file a joint status report within 90 days or on or before **Monday, July 7, 2025**.

                                              **BY THE COURT:**

                                              *s/ Karoline Mehalchick*
                                              **KAROLINE MEHALCHICK**
                                              **United States District Judge**