# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHESAPEAKE APPALACHIA, L.L.C.*,*<br><br>Defendant**.** | CIVIL ACTION NO. 3:13-2289<br><br>(JUDGE MEHALCHICK)<br><br>ELECTRONICALLY FILED |

## SUGGESTION OF DEATH AND UNOPPOSED MOTION FOR SUBSTITUTION OF PLAINTIFF

Counsel for Plaintiff Janet C. Young gives notice and suggests upon the records, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Ms. Young, and moves this Court to substitute the Janet C. Young Revocable Trust ("Trust") in her place. Rule 25(a) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor representative." Fed. R. Civ. P. 25a).

The Trust is the proper party plaintiff to substitute for Plaintiff-decedent because the Trust is to receive the royalties at issue in this action. It is administered by one of Ms. Young's heirs.

3402896.1

Accordingly, counsel for Ms. Young respectfully requests that the Court grant this motion to substitute the Trust in Ms. Young's place as a plaintiff in this action. Counsel for Defendant has advised that it does not object to this motion.

Dated: March 5, 2026                    Respectfully submitted,

By:    */s/ Daniel E. Seltz*
Daniel E. Seltz (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (213) 355-9500
dseltz@lchb.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
CSchaffer@lfsblaw.com

Michelle R. O'Brien
THE O'BRIEN LAW GROUP LLC
712 S Keyser Avenue
Taylor, PA 18517
Telephone: (570) 209-7901
MObrien@OBrienLawPA.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., Ste. 200
Washington, DC 20016
Telephone: (202) 789-3960
charles@cuneolaw.com

John W. ("Don") Barrett (*Pro Hac Vice*)
BARRETT LAW GROUP, PA
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-9168
dbarrett@barrettlawgroup.com

Larry D. Moffett (*Pro Hac Vice*)
P.O. Box 1418
39 County Road 231
Oxford, MS 38655
Telephone: (662) 298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs*

2

3402896.1