## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE, II and CLARA BURKE; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; and JANET C. YOUNG, On Behalf of Themselves and All Others Similarly Situated, | : : : : ; : Case No. 3:13-cv-2289 : : : : : |
| Plaintiffs | : |
| v. | : : |
| CHESAPEAKE APPALACHIA, L.L.C., | : : |
| Defendant | : |

## PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter our appearance in the above captioned matter on behalf of Plaintiffs, William A. Burke, II and Clara Burke, William A. Burke, III, and Edward J. Burke.

Date: _3/19/26_

_____
Aaron D. Hovan, Esquire
154 Warren Street
Tunkhannock, PA 18657
Telephone:  (570) 836-3121

Ira Neil Richards
Dilworth Paxson LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 575-7061

1

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

Kindly withdraw our appearance in the above captioned matter on behalf of the Plaintiffs, William A. Burke, II and Clara Burke, William A. Burke, III, and Edward J. Burke.

*obo Daniel Seltz*

Daniel E. Seltz
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413

Charles E. Schaffer
Levin Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Michelle R. O'Brien
The O'Brien Law Group LLC
712 S. Keyser Ave.
Taylor, PA 18517

Charles J. LaDuca
Cuneo Gilbert Flannery & LaDuca, LLP
4725 Wisconsin Ave., Ste. 200
Washington, DC 20016

John W. ("Don") Barrett
Barrett Law Group, PA
404 Court Square North
Lexington, MS 39095

Larry D. Moffett
P.O. Box 1418
39 County Road 231
Oxford, MS 38655

2