# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DEMCHAK PARTNERS LIMITED PARTNERSHIP; JAMES P. BURGER, JR. and BARBARA H. BURGER; WILLIAM A. BURKE, II and CLARA BURKE; WILLIAM A. BURKE, III; EDWARD J. BURKE; DONALD G. FULLER and KAREN M. FULLER; RANDY K. HEMERLY; LAMAR R. KING; LINDA J. SCHLICK; AND JANET C. YOUNG, on Behalf of Themselves and All Others Similarly Situated, | Case No. 3:13-cv-2289 |
| Plaintiffs, | |
| v. | |
| CHESAPEAKE APPALACHIA, L.L.C., | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate and agree that all claims by Plaintiffs William A. Burke, II and Clara Burke, William A. Burke, III, and Edward J. Burke, including their Complaint [ECF No. 1], against Defendant Chesapeake Appalachia, L.L.C., shall be dismissed in their entirety without prejudice.

Dated: March 23, 2026                     Respectfully submitted,

                                          /s/ Aaron Hovan
                                          Aaron Hovan
                                          LAW OFFICE OF AARON HOVAN
                                          154 Warren Street
                                          Tunkhannock, PA 18657
                                          aaron@hovanlaw.com

                                          Ira Neil Richards
                                          DILWORTH PAXSON L.L.P.
                                          1650 Market Street Suite 1200
                                          Philadelphia, PA 19103
                                          Telephone: (215) 575-7061
                                          irichards@dilworthlaw.com

                                          *Attorney for Plaintiffs William A. Burke,
                                          II and Clara Burke, William A. Burke,
                                          III, and Edward J. Burke*


                                          /s/ John B. Dempsey
                                          Daniel T. Brier
                                          John B. Dempsey
                                          MYERS, BRIER & KELLY, LLP
                                          425 Biden Street, Suite 200
                                          Scranton, PA 18503
                                          Telephone: (570) 342-6100

                                          Daniel T. Donovan (*Pro Hac Vice*)
                                          Ragan Naresh (*Pro Hac Vice*)
                                          KIRKLAND & ELLIS LLP
                                          1301 Pennsylvania Avenue, NW
                                          Washington, DC 20004
                                          Telephone: (202) 389-5000

                                          *Attorneys for Defendant Chesapeake
                                          Appalachia, L.L.C.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ John B. Dempsey
John B. Dempsey

*Attorney for Defendant*