**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

DEMCHAK PARTNERS LIMITED
PARTNERSHIP, et al.,

        Plaintiffs

      v.

CHESAPEAKE APPALACHIA, L.L.C.,

        Defendant

CIVIL ACTION NO. 3:13-CV-2289

(MEHALCHICK, J.)

**ORDER**

**AND NOW**, this **25th** day of **March 2026**, **IT IS HEREBY ORDERED** that the Joint Stipulation of Dismissal Without Prejudice (Doc. 269), filed on **March 23, 2026**, is APPROVED. All claims by Plaintiffs William A. Burke, II and Clara Burke, William A. Burke, III, and Edward J. Burke, including their Complaint (Doc. 1), against Defendant Chesapeake Appalachia, L.L.C., shall be dismissed in their entirety without prejudice.

    The Clerk of Cout is directed to terminate Plaintiffs William A. Burke, II and Clara Burke, William A. Burke, III, and Edward J. Burke from the above-captioned case.

                       *s/ Karoline Mehalchick*

                       **KAROLINE MEHALCHICK**
                       **United States District Judge**