# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DEMCHAK PARTNERS LIMITED PARTNERSHIP,** *et al.*, | **CIVIL ACTION NO. 3:13-2289** |
| **Plaintiffs,** | **(JUDGE MEHALCHICK)** |
| **v.** | **ELECTRONICALLY FILED** |
| **CHESAPEAKE APPALACHIA, L.L.C.,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the undersigned attorneys for Plaintiffs Demchak Partners Limited Partnership, James P. Burger, Jr., Barbara H. Burger, Donald G. Fuller, Karen M. Fuller, Randy K. Hemerly, Lamar R. King, Amanda Schlick, and The Janet C. Young Revocable Trust and Defendant Chesapeake Appalachia, LLC, that any and all claims in the above-captioned actions against Defendant Chesapeake Appalachia, LLC only are hereby dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: April 1, 2026          Respectfully submitted,

By:   */s/ Daniel E. Seltz*

Daniel E. Seltz (*Pro Hac Vice*)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (213) 355-9500
dseltz@lchb.com

Charles E. Schaffer
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
CSchaffer@lfsblaw.com

Michelle R. O'Brien
THE O'BRIEN LAW GROUP LLC
712 S. Keyser Avenue
Taylor, PA  18517
Telephone: (570) 209-7901
MObrien@OBrienLawPA.com

Charles J. LaDuca
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave., Ste. 200
Washington, DC  20016
Telephone: (202) 789-3960
charles@cuneolaw.com

John W. ("Don") Barrett (*Pro Hac Vice*)
BARRET LAW GROUP, PA
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-9168
dbarrett@barrettlawgroup.com

Larry D. Moffett (*Pro Hac Vice*)
P.O. Box 1418
39 County Road 231
Oxford, MS 38655
Telephone: (662) 298-4435
larry@larrymoffett.com

*Attorneys for Plaintiffs*

By:    /s/ Daniel T. Brier
         Daniel T. Brier
         John B. Dempsey
         MYERS, BRIER & KELLY, LLP
         425 Biden Street, Suite 200
         Scranton, PA 18503
         Telephone: (570) 342-6100

2

Daniel T. Donovan (*Pro Hac Vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 379-5000

*Attorneys for Defendant Chesapeake Appalachia, L.L.C.*

3